UNITED STATES DISTRICT COURT
Western District of Tennessee

FILED BY /ORG D.C.
05 JUL 29 PM 1:25

CLERK, US DISTRICT COURT
MEMPHIS

United States of America

v.

**NAPOLEON FROST**

**ORDER HOLDING PROBATIONER FOR REVOCATION HEARING**

Case Number:  96-20173-Ml
              97-20120-Ml

On July 29, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of his supervised release in this matter. At this hearing, the defendant WAIVED her right to a preliminary hearing. Tony Arvin, AUSA, representing the government, and L. Daniel Johnson, defense attorney, representing the defendant, were present.

Accordingly, the defendant is held to a final revocation hearing before Judge McCalla. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given. The defendant is remanded to the custody of the United States Marshal.

_____
United States Magistrate Judge

Date: July 29, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-29-05

47

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:97-CR-20120 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT