# UNITED STATES DISTRICT COURT
# Western District of Tennessee

FILED BY _____ D.C.

05 SEP -9 PM 3: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D-01-MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:97CR20120-01-M

NAPOLEON FROST
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Napoleon Frost, was represented by L. Daniel Johnson, Esq.

The defendant, having been convicted of violation of 18 U.S.C. § 2113(a), Bank Robbery on August 27, 1997, was sentenced to a term of five (5) years in the Bureau of Prisons and a term of three (3) years on Supervise Release in the above styled cause, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of twelve (12) months to be served concurrently with the Supervised Release Violation in case 2:96CR20173-01, but consecutively with the one hundred and eight (108) month sentence out of the Southern District of Illinois in cases 04CR30045-01, 03CR30127-01 and 04CR30040-01.

Restitution stands as previously imposed.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release.

The defendant is remanded to the custody of the United States Marshal.

Signed this the ___8___ day of September, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 02/04/1975
U.S. Marshal No.: 15804-076
Defendant's Mailing Address: 1184 Alcy Road, Memphis, TN 38106

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 9-9-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:97-CR-20120 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT